IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LOPER, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 14-00350-CB-N |
| INTEGRITY SOLUTION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This case is settled. It is therefore **ORDERED** that this case be **DISMISSED** from the active docket of the Court, with prejudice, provided that either party may reinstate the case within thirty days from the date of the entry of this order if the settlement agreement is not consummated. No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

**DONE** this the 14th day of November, 2014.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**